**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-205** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **LUANNE L. HUNSINGER** | : | |

### O R D E R

AND NOW, this 20th day of February, 2009, upon consideration of defendant's motion (Doc. 253) to file document under seal, it is hereby ORDERED that said motion is GRANTED.  The document and all exhibits attached thereto shall remain UNDER SEAL to be disclosed only to those persons necessary to comply with the purposes stated therein.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge